**MEMO ENDORSED.**



**EQUAL ACCESS**
—— LAW GROUP PLLC ——

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (718) 914-9694

Email: acohen@ealg.law

**VIA ECF**
Hon. Judge Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

April 22, 2025

Re:    Case no. 1:24-cv-7168, Sumlin v. Texfc, LLC.
       Letter requesting to Postpone Pre-Settlement Conference

Dear Judge Vargas:

The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter.

We are writing to respectfully request a postponement of the Pre-Settlement Conference currently scheduled for April 23, 2025, at 04:00 PM in the above-referenced case, due to the impossibility of the undersigned to attend because of traveling outside of the United States.

We kindly request the Court's guidance on rescheduling the conference.


Respectfully submitted,

**DENIED without prejudice to renewal.**
It's a phone call. Do you not have service?

**SO ORDERED.**



Ona T. Wang
U.S.M.J. 4/22/2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

*/s/ Asher H. Cohen*

By:  Asher H. Cohen, Esq.
     68-29 Main Street,
     Flushing, NY 11367
     Tel: +1 (718) 914-9694
     Email: acohen@ealg.law