**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

DENNIS SUMLIN, on behalf of himself and all others similarly situated,

                                     Plaintiff,

                -against-

TEXFC, LLC,

                                      Defendant.

----------------------------------------------------------x

24-CV-7168 (JAV) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Pre-Settlement Conference Call on this matter on April 23, 2025. (ECF 21).

Plaintiff filed the Complaint in this case on September 22, 2024. (ECF 1). After receiving an extension of time to serve, (ECF 15), Plaintiff served Defendant on February 21, 2025, and filed proof of service on the docket the same day. (ECF 17). Defendant failed to file an answer or otherwise respond to the Complaint by the March 14, 2025, deadline. (*See* Docket). This case was then referred to me on February 25, 2025, for general pretrial management. (ECF 20). Defendant also failed to appear at the April 23 Pre-Settlement Call.

Accordingly, Plaintiff is directed to file a motion for default judgment by **May 23, 2025.**[1]

**SO ORDERED.**

Dated: April 23, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] In filing their motion, Plaintiff should consult and adhere to Judge Vargas's individual practices.